[No. 28569-6-I.  Division One.  April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT H. CALHOUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07466-4, Robert S. Lasnik, J., entered June 7, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 28636-6-I.  Division One.  April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEE HALL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00918-8, R. Joseph Wesley, J., entered June 11, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 29742-2-I.  Division One.  April 19, 1993.]

ROSA M. EBSARY, *Individually and as Special Administratrix, Plaintiff*, JOHN M. EBSARY, ET AL, *Appellants*, v. PIONEER HUMAN SERVICES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-00112-5, Joan E. DuBuque, J., entered November 12, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Baker, JJ.